OSCN Found Document:SECOND EMERGENCY JOINT ORDER REGARDING THE COVID-19 STATE OF DISASTER

 

 
 

 
 SECOND EMERGENCY JOINT ORDER REGARDING THE COVID-19 STATE OF DISASTER
2020 OK 24
Decided: 03/27/2020
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
AND
IN THE OKLAHOMA COURT OF CRIMINAL APPEALS
Cite as: 2020 OK 24, __ P.3d __

 

SECOND EMERGENCY JOINT ORDER REGARDING 
THE COVID-19 STATE OF DISASTER

1. The First Emergency Joint Order entered on March 16, 2020 remains in effect except as it is modified herein. To the extent that the Joint Emergency Orders conflict with local practices, the First and Second Emergency Joint Orders control.

2. On March 24, 2020, Governor J. Kevin Stitt issued the Fourth Amended Executive Order 2020-07 and ordered that additional steps be taken to protect all Oklahomans from the growing threat of COVID-19. The Second Emergency Joint Order joins the Governor in addressing the ever changing situation in the district courts in all 77 counties as well as the appellate courts in Oklahoma and Tulsa Counties. We admonish all Oklahoma judges, court clerks, court employees and staff and the public to follow the guidelines to protect public health set forth in the Governor's Executive Orders and those issued by the Oklahoma Department of Health and the CDC.

3. All district courts in Oklahoma shall immediately cancel all jury terms through May 15, 2020. No additional jurors shall be summoned without approval of the Chief Justice. All civil, criminal and juvenile jury trials shall be continued to the next available jury dockets. If necessary, additional jury terms may be ordered in July and/or August or later in the year.

4. Subject only to constitutional limitations, all deadlines and procedures whether prescribed by statute, rule or order in any civil, juvenile or criminal case, shall be suspended through May 15, 2020. This suspension also applies to appellate rules and procedures for the Supreme Court, the Court of Criminal Appeals, and the Court of Civil Appeals.

5. In any civil case, the statute of limitations shall be extended through May 15, 2020.

6. All courthouses shall be closed to the public with exceptions for emergencies as permitted by local order. To the extent that emergency dockets are being held, no more than 10 persons including the judge and court personnel shall be in a courtroom at one time. Judges and other courthouse personnel shall use all available means to ensure the health of all participants in any court proceeding. If judges continue to hold hearings, all of the mandated COVID-19 precautions issued by the CDC and all State and local governments shall be followed. Judges shall continue to use remote participation to the extent possible by use of telephone conferencing, video conferencing pursuant to Rule 34 of the Rules for District Courts, or other means.

7. Court clerks and judges should be using email, fax and drop boxes for acceptance of written materials, except for emergencies. All appellate filings shall be made by mail.

8. This order is subject to extension or modification as necessitated by this emergency.

IT IS SO ORDERED. 

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 27th DAY OF MARCH, 2020.

/S/NOMA D. GURICH, CHIEF JUSTICE

WITNESS OUR HANDS AND THE SEAL OF THIS COURT THIS 27th DAY OF MARCH, 2020.

/S/DAVID B. LEWIS, PRESIDING JUDGE